# Exhibit B

## Contact

www.linkedin.com/in/rishabh-y-6abb40ab (LinkedIn)

## Top Skills

Python
Programming
Machine Learning

## Languages

Hindi
English
Spanish

# Rishabh Y.

Building Cursor
San Francisco, California, United States

## Experience

**Anysphere**
Founding Engineer
October 2023 - Present (4 months)

**Bounti Labs**
Founding Engineer
September 2021 - November 2022 (1 year 3 months)

**Cisco**
Machine Learning Engineer
June 2020 - August 2021 (1 year 3 months)
San Francisco Bay Area

- Working on personalizing transcription by adding context to the speech recognition system, such as meeting participant names, voice commands, or words on the slideshare to significantly improve word error rate
- Researching and implementing improvements to the language models used in our systems
- Developed and patented a new technique to modify the system in realtime to accept biasing phrases, performing orders of magnitude faster than other approaches to modification

**Rhapsody Venture Partners**
Associate Intern
August 2019 - December 2019 (5 months)
Cambridge, Massachusetts, United States

- Created an automated investment sourcing tool that gather company information from many accelerator and university websites
- Ranked the automatically sourced investments using NLP techniques such as TF-IDF similarity scores and document keyword relevance
- Collaborated with partners on due diligence towards active deals

**Apple**
Machine Learning Engineer
May 2019 - August 2019 (4 months)

San Francisco Bay Area

- Created and patented Back Tap, a new way to interact with devices in iOS 14
- Collected datasets with over 10k samples of labeled sensor data by designing a data collection app, conducting several user studies, and building the data pipeline
- Developed several two pass models to reduce FAR and FRR while maintaining low resource consumption
- Implemented firmware on devices to run the models on the Application processor and to create several use cases for Back Tap
- Constructed a generalized modeling pipeline to reduce overhead for starting ML projects and standardizing experiments

### Voicea
Natural Language Processing Engineer
January 2018 - August 2018 (8 months)
Menlo Park, California

Developed an end-to-end framework for recognizing voice commands, allowing users to interact with the AI in live meetings and set timers, take note of action items and decisions, and add reminders to their calendar.

### Massachusetts Institute of Technology
1 year 5 months

Programmer
August 2017 - December 2017 (5 months)

Developed deep CNNs and RNNs to find the best video to answer a variety of questions using NLP and computer vision. Evaluated the comparative performance of the network when modeled on video transcripts, videos, or both transcripts and videos. Also, set up a website to collect annotated data using Amazon Mechanical Turk and refined the dataset to use with the neural network models.

Programming Research Intern
August 2016 - August 2017 (1 year 1 month)

Designed an algorithm to match observations to prior objects in the robot's belief state and allow for object permanence. Implemented and improved search algorithms which are used to produce heuristic functions for general robotic task and motion planning, and constructed runtime tests to determine efficiencies of the following implemented algorithms in various environments.

### University of Colorado Boulder

2 years 4 months

Programming Research Intern
May 2015 - August 2016 (1 year 4 months)

Collaborated with others to create an artificial intelligence tool that analyzes ice cores, allowing scientists to run computations on the core, altered database storage (SQL/MongoDB) to store of new object types and metadata efficiently, and implemented plotter user interface and backend to allow for various interpolations and calculations on the data.

Programming Intern
May 2014 - August 2015 (1 year 4 months)

Created a software program to merge .gff3 files sorted by chromosome and developed a program to find a sequence unique to multiple genomes for the CU Boulder International Genetically Engineered Machine (iGEM) team. Received a Silver Medal at the international post-graduate iGEM competition in Boston, MA with the CU Boulder team. Ranked and targeted unique sequences to selectively kill bacteria using CRISPR-Cas9 technology.

University of Colorado Boulder
Programming Intern
May 2013 - August 2013 (4 months)

Learned python to find protein binding sites and splice sites in Drosophila genomes using a position-specific weight matrix.

## Education

Massachusetts Institute of Technology
Bachelor of Science - BS, Computer Science · (September 2016 - June 2019)

Fairview High School
 · (2012 - 2016)