## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| HAPTIC, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> APPLE INC., <br><br> *Defendant*. | Case No. 1:23-cv-1351-DII <br><br> JURY TRIAL DEMANDED |

## JOINT NOTICE REGARDING
## REDACTION OF SEALED ORDER (DKT. 42)

On April 8, 2024, this Court entered a sealed Order granting Apple Inc.'s Motion to Transfer Venue to the Northern District of California. Dkt. 42. Plaintiff Haptic, Inc. and Defendant Apple Inc. identify **no confidential information** that requires redaction and jointly propose that this Order may be filed publicly in its entirety.

| | |
|---|---|
| Date: April 12, 2024 | Respectfully submitted, |
| /s/ *Ace M. Factor* | /s/ *Joy B. Kete* |
| SUSMAN GODFREY LLP | Roger A. Denning (Cal. Bar No. 228998) |
| Brian D. Melton (Texas 24010620) | denning@fr.com |
| Rocco Magni (Texas 24092745) | Seth M. Sproul (*pro hac vice forthcoming*) |
| Ace M. Factor (Texas 24118923) | sproul@fr.com |
| Thomas V. DelRosario (Texas 24110645) | FISH & RICHARDSON P.C. |
| Shaleez E. Ozlat (Texas 24110186) | 12860 El Camino Real, Suite 400 |
| 1000 Louisiana Street, Suite 5100 | San Diego, CA 92130 |
| Houston, Texas 77002 | Tel: (858) 678-5070 / Fax: (858) 678-5099 |
| Tel: (713) 651-9366 | |
| Fax: (713) 654-6666 | Joy B. Kete (*pro hac vice forthcoming*) |
| bmelton@susmangodfrey.com | kete@fr.com |
| rmagni@susmangodfrey.com | Qiuyi Wu (*pro hac vice forthcoming*) |
| afactor@susmangodfrey.com | qwu@fr.com |
| tdelrosario@susmangodfrey.com | FISH & RICHARDSON P.C. |
| sozlat@susmangodfrey.com | One Marina Park Drive |
| | Boston, MA 02210 |
| *Attorneys for Plaintiff Haptic, Inc.* | Tel: 516-542-5070/Fax 617-542-8906 |
| | |
| | Steven J. Wingard |
| | Texas Bar No. 00788694 |
| | swingard@scottdoug.com |
| | SCOTT, DOUGLAS & McCONNICO, L.L.P. |
| | 303 Colorado Street, Suite 2400 |
| | Austin, Texas 78701 |
| | Telephone: (512) 495-6300 |
| | Facsimile: (512) 495-6300 |
| | |
| | *Attorneys for Defendant Apple Inc.* |

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on April 12, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system:

                                      */s/ Joy B. Kete*
                                       Joy B. Kete